United States District Court for
The Southern District of Illinois

Brandale Blackburn m54199
    Plaintiff

    V.

Philip K. Royster
Terry E. Brooks
Zachary D. Fenton
Anthony B. Jones
Joshua A. Schoenbeck
Warden Anthony D. Wills
Chelsea Regelsperger
ms. Salger (mental health)
officer mr Engelage
Nurse ms Engelage
Rob Jeffrey
John Doe (Internal Affair)

Case #3:22-CV-01713-Spm

Judge Stephen P. Mcglynn

## Amended Complaint

This Complaint is being filed under
the Civil Right Act title 42 Section
1983 U.S Code

Pg 1

Pg 2

I   Plantiff: A)NAME: BranDAle Blackburn
B)Prisoner I.D#: M54199
C)Place of Present Confinement: Pontiac c.c
D)Address: 700 w. lincoln St Pontiac il, 61764

II   DEFENDANts:
A.DEfendant: Philip K. Royster
T.Tle: Sergeant
Place of Employment: MENARD c.c

B)DEfendant: Terry E. Brooks
T.Tle: Correctional officer
Place of Employment: MENARD c.c

C)DEfendant: Zachary D. fenton
T.Tle: Correctional officer
Place of Employment: Menard c.c

D)DEfendant: Anthony B. Jones
T.Tle: Sergeant
Place of Employment: menard c.c

E)Defendant: Joshua A. Schoenbeck
T.Tle: Leutenant and Chair Person
Place of Employment: menard c.c

f)Defendant: Anthony D. Wills
T.Tle: #1 warden
Place of Employment: Menard c.c

Pg 3

9) DefenDANt: Chelsea regelsperger
Title: BHT (mental health)
Place of Employment: Menard c.c

H) DefenDAnt: Ms. P. SAlger
Title: BHT (mental health)
Place of Employment: Menard c.c

I) DefenDant: mr Engelage
Title: Correctional officer
Place of Employment: Menard c.c

J) DefenDAnt: Ms. R. Engelage
Title: Nurse (RN)
Place of Employment: Menard c.c

K) DefenDANt: Rob Jeffrey
Title: Director of I.D.O.C
Place of Employment: SpringField Headquarter

L) DefenDAnt: John DOE
title: Internal AFFair
Place of Employment: menard c.c

Pg 4

II       Statement of Claim:

facts

1. ON August 25, 2021 at approximate 9:20 Am while in group. The Plaintiff told mental health ms Chelsea regelsperger and ms. ?. Salger that he requested a Crisis team member after ms regelsperger Ended group early

2. Ms regelsperger Attempted to do the Plaintiff Crisis Evaluation in a group setting in front of other residents & ms Salger

3. The Plaintiff Asked ms. regelsperger can he have his Crisis Evaluation in Privacy

4. After Asking ms regelsperger for some Privacy, she told the Plaintiff she can do it Right here in group disregarding The Plaintiff Confidentiality

5. This is clearly a Violation of the Plaintiff Rights to his Confidentiality, Violation of his hippA Law, Violation of his ADA Rights, Violation of his Equal Protection Right under the 14th Amendment and also a Violation to Wexford and I.D.O.C Protocols and Policys and Procedure when Defendant regelsperger attempted to do the Plaintiff Crisis Evaluation in a group setting in front of other residents Even Still after Plaintiff asked for some Privacy which she disregard his request which she had full knowledge

Pg 5

She was Violating the Plaintiff Rights. by being mental health and knowing Wexford & I.D.O.C Protocols and Policy and Procedure when Conducting a Crisis Evaluation and also Defendant ms Salger is also in Violation as well for failing to intervene and Stood & Watch ms regelsperger Violated the Plaintiff Rights & failed to do Anything about it which mean she Conspire with the defendant regelsperger which is a violation to Wexford and I.D.O.C Protocols and Policy and Procedure when Conducting a Crisis Evaluation.

6. The Plaintiff asked ms. regelsperger again for his Crisis Evaluation to be in Private and that he don't feel comfortable talking about Sensitive topics in front of Everybody

7. MS regelsperger then told the Plaintiff "I guess you don't want your Crisis Evaluation"

8. The Plaintiff then told ms regelsperger that he Not refusing his Crisis Evaluation, He Just Want his Privacy

9. This is a Violation to The Plaintiff Equal Protection Right as well because The Plaintiff is being single out and treated unfairly When defendant regelsperger disregard his request for Privacy when other resident request for a Crisis their Evaluation is done in Privacy and also a Violation of the Plaintiff A.D.A Rights because The Plaintiff is Seriously

Pg 6

mentally ill and a RTU Setting to recieved a higher Level of care which He is being denied

10. The Plaintiff was in group with individual in custody Allen Brown jr, Cortez richardson, Isiah moore, and michael chennault and BHT ms. Salger and BHT ms regelsperger on this above date and time

11. Ms. regelsperger stated again to the Plaintiff I guess you don't want your crisis Evaluation and walked out the group to leave with ms salger beside her leaving as well into the hallway to speak with The defendants Royster, Brooks, and fenton about approximate 2 minute

12. Shortly after, The defendants, Royster, Brooks, and fenton arrived to the group room

13. At this time, The Plaintiff Notified the defendants Royster, Brooks, and fenton that he needed a crisis team member and that ms. regelsperger didn't do his crisis Evaluation

14. The defendants Royster, Brooks, And fenton all stated to the Plaintiff "He was going to get his crisis Evaluation

15. At this time The Plaintiff got his waistchain restraint remove by the defendants (in #12) to be handcuffed by The defendants (in #12) to go for his crisis Evaluation

16. On the above date and time The defendants Royster, Brooks, and fenton was all assigned on the emergency response team

17. Shortly After, The Plaintiff was escorted by the defendants (#16) out the group room

18. Once The Plaintiff came upon North 2 5 gallery flag The defendants Royster, Brooks, and fenton told The Plaintiff "He was going back to his cell ms Salger and ms regelsperger said He refused his Crisis Team member which The Plaintiff Never refuse his evaluation

19. The defendants ms regelsperger and ms Salger Violated The Plaintiff Rights when they Conspire with the defendants Royster, Brook, and fenton in the hallway to denied me a Crisis Team member when the defendants Royster, Brooks, and fenton told Plaintiff ms. Salger and ms regelsperger said He refuse his Crisis team which He Never did which regelsperger and Salger is directing the defendants Royster, Brooks, and fenton to Violated the Plaintiff Rights as well which Royster, Brook, and fenton did. by denied the Plaintiff a Crisis team after Plaintiff Notified Them He Need a Crisis team member and that ms. regelsperger didn't do his Crisis evaluation due to his Rights to Confidentiality, HIPPA Law, ADA Rights, and Equal Protection Rights was all being Violated

20 The defendants Royster, Brooks and fenton all began to get aggressive with the Plaintiff by Pushing him while in handcuff and Shackle restraint

21. This was Clearly Excessive force used against the Plaintiff when the defendants Royster, Brooks, and fenton all began Pushing the Plaintiff while in handcuff and Shackle restraint without any Justification

Pg 8

This Constituted Cruel and Unusual Punishment in Violation of the 8th amendment of the United States Constitution

22. After the defendants Royster, Brooks, and Fenton all began Pushing the Plaintiff, The Plaintiff Stated again to The defendants above that He Needed a Crisis team member which was denied which is deliberate indifference to mental health treatment

23. After the Plaintiff Notified Royster, Brooks, and Fenton again that he Needed a Crisis team member, Royster, Brooks, and Fenton all began Striking The Plaintiff with Close fist and Kicking him in the face, head, and Rib Area with their boots while in handcuff and Shackle restraint after being Slammed to the floor by Royster, Brooks, AND Fenton without any Justification

24. This was clearly Excessive force Used against The Plaintiff When Royster, Brooks, AND Fenton All began Striking the Plaintiff With Close fist and Kicking him in the face, head and Rib Area While in handcuff and Shackle restraint after being Slammed to the floor by the defendants as Well without any Justification this Constituted Cruel and Unusual Punishment in Violation of the 8th Amendment of The United States Constitution and Tort Claims for Excessive force @ Assault & battery (b) Negligence © Intentional infliction of Emotional distress (d) Pain and Suffering

Pg 9

25. While The Plaintiff was Already restraint in handcuff and shackle defenseless on the floor, The defendants Royster, Brooks and Fenton started yelling Stop resisting!! While The Plaintiff was cooperating

26. While The Plaintiff was still laying defenseless on the floor in handcuff and shackle restraint, Royster fire The Pava launcher at the Plaintiff multiple time Striking him with Pepper balls to the back and leg area

27. This was clearly unnecassary excessive force used against The Plaintiff when Royster fire the Pava launcher at the Plaintiff multiple time Striking him with Pepper balls to the back and leg Area while still laying defenseless on the floor in handcuff and shackle restraint without any Justification this constituted cruel and unusual Punishment in Violation of the 8th Amendment of the United States Constitution and tort Claims for Excessive force @ Assault $ battery ⓑ Negligence ⓒ Intentional infliction of Emotional distress ⓓ Pain and Suffering.

28. Shortly After, The Plaintiff was struck by The Pava launcher by Royster, The Plaintiff heard Royster, Brooks, and Fenton Stated "get me a Spit mask"

29. Royster Brooks, and Fenton Put a Spit mask over The Plaintiff face and began to tightening it around his face and began to choke him with their hands After The Plaintiff was Exposed to the Pepper Spray

Pg 10

30. This was clearly unnecassary Excessive force used against the Plaintiff when Royster, Brooks, and Fenton Put a spit mask over his face and began to choke him with their hands after he was Expose to the pepper spray this Consituted Cruel & unusual Punishment in Violation of the 8th Amendment of the United States Constitution

31. The Plaintiff told the defendants Royster, Brooks, and fenton "To Stop hurting him and He Not resisting

32. The Plaintiff was then dragged down the Stair in handcuff and Shackle restraint by Royster, Brooks, and fenton only to be dragged back up the stair in handcuff and Shackle restraint by Royster, Brooks, and fenton

33. This was clearly Excessive force used against the Plaintiff when Royster, Brooks, AND fenton dragged the Plaintiff down the stair only to be dragged back up the Stair by Royster, Brooks, AND fenton while the Plaintiff was in handcuff and Shackle restraint, this Constituted cruel and unusual Punishment in violation of the 8th Amendment of the united States Constitution and tort claim of Excessive force (a) assault & battery b) Negligence c) Intentional inflction of Emotional distress (d) PAIN and Suffering

34. Shortly After The Plaintiff was dragged back up the Stair by Royster, Brooks, and The Plaintiff was taken to north 2 Infirmary to be Seen by NURSE

Pg 11

Engelage and Mentalhealth ms. Draper

35. While The Plaintiff was being Escorted to North 2 Infirmary by Royster, Brooks, AND Fenton, The Plaintiff was Struck by close fist and kneed multiple time in the face and body Area by Royster, Brooks, and Fenton, and Royster Brooks, and Fenton was also All bending The Plaintiff hand and wrist, tightening his handcuff and Shackle restraint

36. The Plaintiff believe their was more officers That was using Excessive force on him and, or that was witnessing the assault happen and fail to Intervene The Situation.

37. This was clearly Excessive force Used against the Plaintiff when Royster, Brooks, AND Fenton all Struck the plaintiff multiple time with close fist and kneed him in the face and body Area and when Royster, Brooks, AND Fenton was bending the Plaintiff hand and wrist, tightening his handcuff and shackle restraint as well this constituted cruel and unusual punishment in violation of the 8th Amendment of the United States Constitution and tort claim of Excessive force (a) assault $ battery (b) Negligence (c) Intentional Infliction of Emotional distress (d) Pain and suffering

38. Once in the medical Room, The Plaintiff was Seen by Nurse ms. Engelage.

Pg 12

39. The Plaintiff Notified Nurse ms. Engelage that his right side of his face was swollen and bruises, his left wrist and left Ankle was Swollen bad and bleeding. And that he had bruises on his Neck, and Bruises on his back and leg Area And that he was in excriuating Pain

40. The Plaintiff didnt get a Proper medical examination by Nurse ms Engelage due to the Plaintiff having a spit mask over his face and being handcuff and shackle down and Nurse ms Engelage failed to document all my INJury i substain from the assault From houster, Brooks, and fenton

41. This is clearly deliberate indifference To Serious medical need when Nurse Engelage didnt do a Proper examination on the Plaintiff and failed to document all his injury when He Notified her about which she also was conspiring with houster, Brooks, And fenton to not documented All my INJury to Cover up their misconduct (ASSAult) which she is also in violation of my 8th amendment of The united stated and she is also in violation of The Plaintiff Rights by Nurse Engelage falsifying the Plaintiff medical Record which is also in violation to Wexton $ I DOC Protocols $ Policy $ Procedure when it Come to Plaintiff medical Record and documentation with staff member.

Pg 13

42. After being Seen by NURSE Engelage, The Plaintiff was Seen by mentalhealth ms. Draper

43. The Plaintiff told mental health ms. Draper about the incident that occurred earlier with Royster, Brooks, and fenton and him. And he stated to her that "after that incident that he wasnt in his right State of mind and felt He needed to go on Crisis watch.

44. MENtal health ms Draper Placed The Plaintiff on Crisis watch

45. The defendants Royster, Brooks, And fenton refused Plaintiff a chance to clean his Eyes after being Struck with The Pava launcher

46. This is clearly Cruel and Unusual Punishment against the Plaintiff when Royster, Brooks, And fenton refused to clean The Plaintiff Eyes after He was Sprayed with The Pava launcher which is a violation to the 8th Amendment of the united States Constitution

47. Shortly After, The Plaintiff was taken to the holding tank in North 2 5 gallery infirmary to be Stripped out to go on crisis watch

48. Once in The holding tank, fenton made Some racial comments toward The Plaintiff Calling him "Nigger" multiple time

Pg 14

49. Right after fewton made a Racial comment toward the Plaintiff, Royster hit the Plaintiff with a long burst of pepper spray to the face at close range without any Justification at All

50. This is clearly excessive force used against the plaintiff when Royster hit the Plaintiff with a long burst of pepper spray to the face at close range without any Justification this constituted cruel and unusual Punishment in Violation of the 8th Amendment of the United States Constitution

51. Royster, Brooks, and fenton refused to Clean and flush the Plaintiff Eyes after being Sprayed with O.C pepper spray again by Royster which by This time the Plaintiff then with about 30 min to 45 min approximate without Cleaning and flushing the pepper spray out his eyes.

52. This is clearly excessive force used against the Plaintiff when Royster Brooks, and fenton refuse to Clean his Eyes after being Sprayed with Pepper spray again By Royster this constituted cruel and unusual Punishment in violation of the 8th Amendment of the United States constitution

53. Shortly After Royster, Brooks, and fenton Placed the Plaintiff in north 2 5 gallery cell 507

Pg 15.

54. While in the Cell (507) The Plaintiff Noticed The Sink or the toilet wasn't working Which Royster, Brooks, Fenton and Officer Engelage was all aware of this Because officer Engelage was assigned the 5 gallery officer that day on 7-3 shift Which mean he is responsible for checking all Cell on 5 gallery before residents are Place in them Cell Which mean officer Engelage was Conspiring with Royster, Brooks, AND Fenton When Not turning my toilet and my sink on in attempt to make the Plaintiff Suffer. By not having his Sink and toilet on when Plaintiff first went into Cell 507 which He was aware of and also the defendants Royster, Brooks AND Fenton was also responsible and aware of my toilet and Sink turn off Because They are responsible for Checking the Cell before Placing The Plaintiff inside the Cell which they failed to do which is They responsibity to do as a officer for the Plaintiff Safety and if it's anything not working in a cell are Suppose to be document accordance to I.D.O.C Rules and Policy which they didn't do which mean Royster, Brooks, Fenton, and Officer Engelage was aware of my toilet and Sink turn off before Placing Him in the Cell 507

55. This is Clearly Cruel and unusual Punishment against the Plaintiff When Royster Brooks, and Fenton Placed the Plaintiff inside Cell 507 without his Sink and toilet being turn on which they was fully aware Because its their responsibity to Check the Cell before the residents are Place in

Pg 16

The Cell for the Resident Safety which they all failed to do and officer Engelage is also in Violation as well with the Cruel and unusual Punishment because He was assigned to 5 gallery Officer which mean He is responsible as well for Checking all Cell before residents are Place in them Cell and have to document if its anything wrong with a cell accordance to I.D.OC Rules and Policy which they didnt do, and officer Engelage which mean He conspire with Royster, Brooks, And Fenton by Putting the Plaintiff in Cell 507 without no sink or toilet after being Pepper spray and hit with the Para launcher by Royster, and failed to say or do Anything about the toilet and sink turn off in attempt to make the Plaintiff suffer in Pepper spray and also to deprive me of some water to drink and also this is Retaliation by Royster, Brooks, and Fenton which this constituted cruel and unusual Punishment and Intentional Infliction of emotional distress and Pain and suffering which is a Violation to the 8th Amendment of the United States Constitution.

56. A Couple hours later in the 1st Shift around approximate 2:00pm officer Engelage was Notified by Plaintiff "He Need his sink and toilet on which officer Engelage turn back on The Plaintiff's hot water but his cold water and toilet remain off which mean The Plaintiff Spent at least 4 hours or more with Pepper spray in his Eyes due to him being in Cell 507 With no water on toilet on which officer

Pg 17

Engelage, Royster, Brooks, and Fenton was all aware of Because they were all responsible and its was their duty to check the Plaintiff cell Before Placing him in 507 Cell which his cell HAD No toilet or Sink on in attempt to have the Plaintiff in Pain and also to Suffer Which Violated Cruel and unusual Punishment and also retaliation which this constituted Cruel and unusual Punishment and Intentional Infliction of emotional distress and Pain and Suffering which is a violation to the 8th Amendment of the United States Constitution

57. The Plaintiff also told officer Engelage and other Staffs that he would like to Speak with Internal affair to come take Pictures of the Plaintiff Injury and to investigate this incident

58 Internal affair Never came to take Pictures of the Plaintiff injury the day of the incident according to I.D.O.C Rules & Policy when excessive force is used

59. on 2nd Shift the Plaintiff Asked 5 gallery officer mr Evinger #13819 can he turn my Cold water and toilet back on after dinner tray at approx 4:00pm which He did. which mean the Plaintiff Spent at least 6 hours without cold water and his toilet on after being Place in that Cell 507 which is Cruel and unusual Punishment which Constituted the 8th Amendment of the United

Pg 18

States Constitution Which Royster, Brooks, Fenton, and officer Enlage is All in violation to

60. On 8-25-21, The Plaintiff was Served with a displinary charges ticket from mr Evinger for alledgly assaulting staffs and disobeying a direct order that was written by Royster, Brooks, and Fenton base on the above describe Event.

61. The Plaintiff requested that the hearing officer and also the adjustment comittee Anthony B Jones and Joshua A. Schoenbeck to call Call A. hilliard M47043 and malcolm logan as witnesses who was both housed in North 2 5 gallery who had been in a position to see and hear parts of the incident on which the Charges were based on.

62. This whole Incident above should be Captured on the North 25 gallery and flag Camera and also the Emergency response team video Camera as well which The Plaintiff requested in grievance to Save and Perserve all camera and video Footage of this incident on 8-25-21 to Prove his innocence and The defendants Royster, Brooks, And Fenton guilt of misconduct.

63. On September 7, 2021, The Plaintiff recieved a displinary hearing before defendants Anthony B. Jones and Joshua. A. Schoenbeck

Pg 19

64. Defendants Jones and Schoenbeck failed to call any of the witnesses requested by the Plaintiff or explain himself or view video footage that proves Royster Brooks, and Fenton misconduct in violating the plaintiff rights, which The defendants Jones and Schoenbeck was conspiring with Royster, Brooks, and fenton By covering up their misconduct by Them holding a "Sham" disciplinary hearing and not fully investigated the incident. The defendants Jones and Schoenbeck has an unconstitutional policy of not calling witnesses or not viewing evidence, and just taking the word and Rolling with The unconstitutional misconduct of Prison staff and officals. This in turn affects The SMI inmate (Blackburn) even more. Causing mental deterogration and decompensation at a much faster rate which this is clearly violation of the 14 Amendment to the united states Constitution under the due Process and equal protection clauses

65. The Plaintiff recieved a final Summary Report Signed by The defendants Anthony B Jones, Joshua A Schoenbeck and Anthony D. wills stating Commitee finds the Plaintiff guilty based on information provided and Accepts the written report to be factual account of the incident and is satisfied the violation occurred as reported without viewing any camera footage or

Pg20

Calling any of the Plaintiff Witnesses holding
a "Sham" displinary hearing

46) This is clearly a Violation of Due Process and
Equal Protection against the Plaintiff when the
defendant Jones, and Schoenbeck finding
The Plaintiff guilty with no Substantial
Evidence and failed to Called the Plaintiff
Witnesses requested which the Plaintiff was
clearly treated unfairly & single out because
Plaintiff wasntgiven a fair hearing when
other inmate are, when Jones, and Schoenbeck
didnt fully investigate the incident or view any
Camera footage and also took the statement
from the defendant Royster, Brooks, and Fenton
and their witnesses to be true. but Not once
interview the Plaintiff witnesses which He
was treated unfairly & single out. and the
defendant Wills is also in violation as well
For upholding the decision from the "sham"
hearing The defendant Jones, and schoenbeck
made against the Plaintiff. and also The defendants
Wills and Rob Jeffrey is also inviolation for
failure to train their staff for the
defendants Jones, Schoenbeck, Royster, Brooks,
and fenton misconduct. Because Bob Jeffrey
failed to train Adjustment Committee staff
member throughout illinois and he has failed
to seperate them from regular Prison
staff and officals

Pg 21

Procedure regarding S.M.I and Adjustment Committee hearing are updated At times and was last updated in November 2020 But no Policies were Created to Protect the displinary hearing Process, its fairness, integrity, or investigative Process outdated, ancient, and stone age disciplinary adjustment Committee hearing Processes are being used in modern times, and even then are not being followed, making disciplinary hearings Unconstitutional and in need a Complete make over, for if officers can lie about an inmate Committing an assault against them when they in fact, are the ones who committed the assault against the Plaintiff, no witnesses have to be called or no Video footage has to be viewed or investigated, Then it makes the disciplinary hearing a "Sham" and Unconstitutional according to law and according to the minds of A Civilized modern Society which violate the 14 Amendment under the due Process and Equal Protection Clauses, and Failure to train staff which also go for Defendant Wills for failing to train staffs at his facility and also appointing the Right staffs for adjustment committee.

Pg 22

61. The defendants Jones And Schoenbeck gave the Plaintiff 3 month Segregation, 3 month C-grade, and 6 month Visit restriction which the Plaintiff been Mentally, Physically deteriorating being in seg Because by the Plaintiff being Placed in Seg for that Period of time He was isolated in a segregation environment majority of the day when No Educational Program such as school, Job, or GED Program being Provided to him as it would have if the Plaintiff was in Population & its Puts the Plaintiff in a more toxic Environment which the Plaintiff was deteriorating far as his condition getting worse by being isolated in a cell all day which is Scientific Proven with S.M.I. Residant which the Plaintiff is Seriously mentally ill already which this violated the due process and Equal protection under the 14th Amendment of the United States Constitution and the defendants Jones and Schoenbeck failed to put the Plaintiff written statement in the final summary/report as well which violated his due process and Equal Protection Rights too also. also, due to the improper hearing against the Plaintiff. The Plaintiff was unable to get Contact Visits with his love one which Trigger the already Plaintiff mental illness by already Being Place in Segregregation and

Pg 23

Placed on C-grade which the plaintiff is only allowed to buy limited items off Commisary then if He was in population and also the Plaintiff been in a unsanitary Guvorment as well.

68 On 9/11/21 The Plaintiff Spoke with The defendant John Doe about the incident with Royster, Fenton, Brooks on the Excessive force and regelsparjer Not giving him Privacy on 8-25-21, The Plaintiff explain breply Exactly what happen that day of the incident. The defendant John Doe messed up and change the Plaintiff Statement around to conspire with the defendants Royster, Fenton, and Brooks to tried and cover up Their misconduct towards the Plaintiff which the Plaintiff Never signed or gave Permission for defendant John Doe to sign for him for his Signtature and also the Plaintiff told John Doe about his injuries that He Substain from the incident on 8-25-21 and that He would like Pictures of his injuries to be taken for Legal Reason which the defendant John Doe failed to take the Plaintiff Picture of his **Injurie** to Cover up Royster, Fenton and Brooks misconduct which violated State law Negligent Spoliation of Evidence Because John Doe is

Pg 24

failing his duty as a officer (Internal Affair)
to take Pictures of the Plaintiff Injury
when dealing with a use of force incident
Which also violate INOC Rules and Policies
as well Because any time use of force
Been use I.A are suppose to take Pictures
of injury which John DOE fail to do
his duty as Internal Affair in all
effort to conspire with Royster, Brooks,
and Fenton by tamper with the Plaintiff
Statement and not taking his Pictures
of his injurie as well to cover up
Royster, Brooks, and Fenton misconduct
which He is aware of due to Video
Footage as well. So the defendant
John DOE is in violation of State law
Negligent Spoliation of Evidence and
also conspiring with the defendants
Royster, Brooks, and Fenton.

69 The Plaintiff is Suing Defendants Royster,
Brooks, and Fenton for using Excessive force
against him, Cruel and unusual Punishment
and retaliation, Assault & Battery

70 The Plaintiff is Suing the defendants
Anthony B Jones and Joshua A. Schoenbeck
for violation of Due Process and
equal Protection of law

Pg 25

71. The Plaintiff is suing The defendant A. Wills For violation of Due Process and Equal Protection of law and also failure to train Staffs

72 The Plaintiff is Suing The defendants Chelsea Regelsperger and ms Salger for Violation of the Plaintiff Confidentiality, Violation of his hipaa Law, Violation of his ADA Rights, and Violation of his Equal Protection Rights and also Conspiring with the defendants Royster, fenton and Brooks

73. The Plaintiff is Suing the defendant mr Engelage For cruel and unusual Punishment

74 The Plaintiff is Suing the defendant Nurse ms Engelage For deliberate indifference to Serious medical need and also Conspiring with the defendants Royster, Fenton and Brooks and also for falistying documentation.

75 The Plaintiff is Suing the defendant Bob Jeffrey for Violation of Due Process and Equal Protection of law and also failure to train Staffs

Pg 26

76 The Plaintiff is suing the defendant John Doe for NEGligent Spoliation of Evidence and also conspiring with the defendants Royster, Brook, and Fenton

77. The Plaintiff has Exhausted his administrative remedies with respect to All claims and all Defendants

78 The Plaintiff Filed a grievance Complaining about use of Excessive force by defendants Royster, Brooks, and Fenton and Completed All three steps of the grievance Process. He also filed a grievance against defendants Anthony B. Jones, Joshua A. Schoenbeck and Anthony D. Wills about the Appeal of the adjustment Committee decision on FINDING him guilty

79. The Plaintiff Never recieved his grievance back at All after a timely Fashion which he filed a grievance to Appeal the adjustment Committee decision on finding him Guilty to the Administrative review Board

Pg 27

V. BELief: A. Award Compensatory Damages in the amount of $150,000
B. Award Punitive Damages in the amount of Amount of $150,000
C. Injunction to Expunge disciplinary Conviction

VII The Plaintiff Demands that the case be tried by a Jury ☑ Yes ☐ No

Certification

By Signing this Complaint, I Certify that the facts stated in this Complaint are true to the best of my knowledge, Information and Belief, I understand that if this Certification is Not Correct I may Be Subject to Sanction By the Court

Sign Date: 4-24-23
Signature of Plaintiff: Brandale Blackburn
Print Name: Brandale Blackburn
I.D #: M54199
Address: 700 W Lincoln St
Pontiac IL 61764